UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:19-cv-21630-MGC

JOSE CALABRO,

    Plaintiff,

v.

MANUEL PARES, an individual, JOSE MARICHALES, an individual, FILIBERTO MEDINA, an individual, NELSON CARMENATES, ESQ., an individual, CARMENATES LAW FIRM, P.A., a Florida corporation, STAR FAMILY HEALTH, INC., a Florida Corporation,

    Defendants.

_____/

## **DEFENDANT, FILIBERTO MEDINA'S STATUS REPORT RE: BANKRUPTCY**

Defendant, FILIBERTO MEDINA ("MEDINA"), by and through the undersigned counsel, hereby files a status report outlining the status of his ongoing bankruptcy action in compliance with the Court's Order Staying Case as to MEDINA upon Suggestion of Bankruptcy [D.E. 53], and states:

    1.    On November 14, 2019, MEDINA filed his Suggestion of Bankruptcy [D.E. 52] and requested a stay of all proceedings as against him until the final disposition of his bankruptcy petition (Case No. 19-25163-SMG) (the "Bankruptcy Action").

    2.    On November 19, 2019, the Court entered its Order Staying Case as to MEDINA upon Suggestion of Bankruptcy [D.E. 53], which requires MEDINA to file a status report on or before January 2, 2020, and every sixty (60) days thereafter, outlining the status of the Bankruptcy Action.

3. As of today, the Bankruptcy Action remains active. A meeting of creditors was held and concluded on December 18, 2019, and a confirmation hearing is scheduled for January 16, 2020, at 9:00 AM.

4. MEDINA will continue periodically reporting to the Court in compliance with the Order [D.E. 53].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2020, a copy of the foregoing document was served via electronic mail on all counsel of record on the attached Service List.

Respectfully submitted,

**FORS | ATTORNEYS AT LAW**
1108 Ponce de Leon Blvd.
Coral Gables, FL 33134
Tel. (305) 448-5977
Fax. (305) 446-1898

*/s/ Jorge L. Fors*
JORGE L. FORS, ESQ.
Florida Bar No. 347647
*info@forslegal.com*
*jfors@forslegal.com*

*Counsel for Defendants*

## SERVICE LIST

Roddy B. Lanigan, Esq.
Florida Bar No. 41331
Email: *roddy.lanigan@laniganpl.com*
**LANIGAN & LANIGAN, PL**
831 West Morse Blvd.
Winter Park, FL 32789
Phone: (407) 740-7379
Facsimile: (407) 740-6812

*Counsel for Plaintiff*

Page 2 of 2

**FORS | ATTORNEYS AT LAW**
1108 PONCE DE LEON BLVD., CORAL GABLES, FL 33134 ▪ PHONE: (305) 448-5977 ▪ FAX: (305) 446-1898